RECEIVED
DEC 1 1 2006
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA

RECEIVED
DEC 0 6 2006
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA

Kelly P. Tooks
V.
Sue Holliday ETAL

Civil Action NO. 06-1029-P
Judge Hicks
Magistrate Judge Hornsby

---

## Motion For Order / 10 Day Order

I Kelly P Tooks ask this Honorable court To order:

*Denied. Plaintiff shall follow the prison's procedures for obtaining copies.*
*12-11-06*

Wardrden Sue Holiday
CPDC
1415 Highway 520
Homer LA
71040

To give Kelly P Tooks a copy of <u>all</u> "ARP" Administrative Remedy Procedure That Kelly P Tooks has Filled at cpdc, so that Kelly P Tooks can forFill the requirement of The Memoradum Order That was sent to Kelly P. Tooks requiring him To send a copy of The Administrative Remedy Procedure To the Clerk of Court in Shreveport Louisiana.

Kelly P. Tooks Jr.
Dec. 4th 2006
Date

Judge
Date

Kelly P. Tooks Jr. 14238
CPDC
1415 Highway 520