**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| KELLY P. TOOKES | CIVIL ACTION NO. 06-1029 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| SUE HOLLIDAY, ET AL. | MAGISTRATE JUDGE HORNSBY |

**JUDGMENT**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the Motion to Dismiss (Record Document 36) is **GRANTED** and that Plaintiff's complaint is **DISMISSED WITH PREJUDICE**.

**THUS DONE AND SIGNED**, at Shreveport, Louisiana, this the 27th day of April, 2009.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE